Court Of Appeals
Fourth Court of Appeals District of Texas
San Antonio



★ ★ ★ ★ ★ ★

# MEMORANDUM OPINION

No. 04-08-00751-CV

Edwin F. **FLATO**, III,
Appellant

v.

John C. **CALHOUN**,
Appellee

From the County Court at Law No. 5, Bexar County, Texas
Trial Court No. 324709
Honorable Irene Rios, Judge Presiding

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
             Karen Angelini, Justice
             Marialyn Barnard, Justice

Delivered and Filed:   March 11, 2009

DISMISSED

The parties have filed a joint motion to dismiss this appeal, stating that the parties have reached an agreement to settle and compromise their differences. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(2), 43.2(f). Costs of the appeal are taxed against the parties who incurred them.

PER CURIAM